ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DENNIS J. HANNA, CSBN 184475
Special Assistant United States Attorney
     Social Security Administration
     160 Spear Street, Suite 800
     San Francisco, CA 94105-1545
     Telephone: (415) 977-8962
     Facsimile: (415) 744-0134
     Email:  Dennis.Hanna@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| CONNIE GUILLEN, | ) |
| | )  No.: 5:08-cv-01260-SJO-CW |
|     Plaintiff, | ) |
| | ) |
|   vs. | )  **ORDER OF DISMISSAL** |
| | ) |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
|     Defendant | ) |
| | ) |

     Pursuant to the parties' stipulation to reopen this case for the purpose of entering a dismissal and the Court's order reopening the case, it is hereby ordered that this case is dismissed without prejudice, with each party to bear its own costs and fees, including attorney fees.

     May 15, 2013.

Dated: _____

*S. James Otero*

_____
HON. S. JAMES OTERO
United States District Judge